IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ROGER PATRICK,                    )
                                  )
        Plaintiff,                )
                                  )        CIVIL ACTION NO.
        v.                        )         2:17cv132-MHT
                                  )            (WO)
ALABAMA DEPARTMENT OF             )
CORRECTIONS, et al.,              )
                                  )
        Defendants.               )

                            OPINION

     Pursuant to 42 U.S.C. § 1983, plaintiff, a state

inmate, filed this lawsuit claiming that his Eighth

Amendment rights were violated when he received false

medical test results, and also raising state-law claims

of malpractice and negligence.  This lawsuit, which was

removed from state to federal court based on

federal-question jurisdiction, is now before the court

on the recommendation of the United States Magistrate

Judge that defendants' motion for summary judgment be

granted as to plaintiff's Eighth Amendment claim and

that his state-law claims be remanded to state court.

There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 19th day of June, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE