IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ROGER PATRICK,                   )
                                 )
    Plaintiff,               )
                                 )        CIVIL ACTION NO.
    v.                       )          2:17cv132-MHT
                                 )              (WO)
ALABAMA DEPARTMENT OF            )
CORRECTIONS, et al.,             )
                                 )
    Defendants.              )

## JUDGMENT

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 18) is adopted.

(2) Defendants' motion for summary judgment (doc. no. 15) is granted as to plaintiff's Eighth Amendment claim only.

(3) Judgment is entered in favor of defendants and against plaintiff on the Eighth Amendment claim, with plaintiff taking nothing as to that claim.

(4) Pursuant to 28 U.S.C. § 1367(c)(3), this court declines to exercise supplemental jurisdiction over plaintiff's state-law claims, and these claims are remanded to the Circuit Court of Montgomery County, Alabama.

The clerk of the court is DIRECTED: (1) to enter this document on the civil docket as a final judgment as to only plaintiff's Eighth Amendment claim pursuant to Rule 58 of the Federal Rules of Civil Procedure; and (2) to take appropriate steps to effect the remand back to state court of plaintiff's state-law claims.

No costs are taxed.

This case is closed in this court.

DONE, this the 19th day of June, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**